UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LATERRENCE SUTTON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 1:23-cv-00124-SNLJ |
| ) | |
| ERIC CLECKLEY, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter is before the Court on the parties' Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), voluntarily dismissing all claims in this action with prejudice, with each party to bear their own costs. [Doc. 18]. The parties' stipulation of dismissal is effective upon filing and does not require judicial approval. *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1078 (8th Cir. 2017).

Accordingly, the Clerk of Court shall **CLOSE** the case.

**SO ORDERED** this 16th day of July, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE